150 So.2d 771

PLAQUEMINES EQUIPMENT & MA-
CHINE CO., Inc.

v.

The FORD MOTOR COMPANY.

No. 46648.

March 25, 1963.

Court of Appeal, Fourth Circuit. 148 So. 2d 815.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.